1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10                          **SOUTHERN DIVISION**

11

12   CAROL A. SCHMIDTKUNZ,          )      No. SACV 07-893 CW
                                    )
13              Plaintiff,          )      JUDGMENT
                    v.              )
14                                  )
     MICHAEL J. ASTRUE,             )
15   Commissioner, Social Security  )
     Administration,                )
16                                  )
                Defendant.          )
17   _____)

18

19       **IT IS ADJUDGED** that the decision of the Commissioner is affirmed

20   and this action is dismissed with prejudice.

21

22   DATED: August 7, 2008

23

24                              _____/S/_____
                                   CARLA M. WOEHRLE
25                              United States Magistrate Judge

26

27

28